UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS MEADE,

    Plaintiff,

v.                                                 Case No. 05-CV-71322-DT

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                            /

**JUDGMENT**

In accordance with the court's "Opinion and Order," dated May 31, 2006,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Nicholas Meade.

Dated at Detroit, Michigan, this 31st day of May, 2006.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT


                                BY: s/Lisa Wagner
                                       Lisa Wagner, Deputy Clerk
                                       and Case Manager to
                                       Judge Robert H. Cleland